# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 25-24363-CIV-CANNON

**ALFREDO NUNES RIBEIRO**,

      Petitioner,

v.

**GARRETT J. RIPA**, *et al.*

      Respondents.

_____/

## ORDER TO SHOW CAUSE

Petitioner **Alfredo Nunes Ribeiro** has filed a *pro se* Emergency Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1], challenging the conditions of confinement in connection with his immigration detention at Krome North Service Processing Center [ECF No. 1 pp. 5–6]. Petitioner specifically challenges the alleged denial of life-saving immunosuppressant medication to prevent rejection of a liver transplant he underwent in 2013 [ECF No. 1 pp. 1, 4].

To permit proper consideration of the Petition, the Court hereby **ORDERS AND ADJUDGES** as follows:

1.      On or before **October 6, 2025**, Respondent shall file a written notice with the Court indicating (a) the names and addresses of the attorneys to whom this case has been assigned; and (b) documentation showing that any records relevant to Petitioner's claim have been requested.

2.      On or before **October 14**, **2025**, Respondent shall file a memorandum of fact and law to show cause why the instant petition should not be granted and shall file therewith all documents and transcripts necessary for the resolution of this matter.

3.      Respondent **SHALL NOT** caption the response as a "Motion to Dismiss."

CASE NO. 25-24363-CIV-CANNON

4.      Petitioner may, but is not required to, file a reply.  The reply must be **filed within 21 days** of the date on which the Court dockets the Respondent's response.  If the reply is not filed within **21 days** of the date on which the Respondent's response is docketed, the Court will deem the matter submitted.  The Court will not consider an untimely reply.  *See* Rule 5(e), Rules Governing Section 2254 Cases ("The petitioner may file a reply to the respondent's answer or other pleading.  The judge must set the time to file unless the time is already set by local rule."); *see also* Rule 1(b), Rules Governing Section 2254 Cases ("The district court may apply any or all of these rules to a [§ 2241 petition].").

5.      The body of the reply, if filed, shall not exceed **ten (10) pages** and shall otherwise comply with the Court's applicable Local Rules governing the form of filings.  *See* S.D. Fla. L.R. 7.1(c)(2); *see also* S.D. Fla. L.R. 5.1(a)(4).

**ORDERED** in Chambers in Fort Pierce, Florida, this 1st day of October 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    **Alfredo Nunes Ribeiro**, *pro se*
A-205899011
Krome Service Processing Center
Inmate Mail/Parcels
18201 S.W. 12th Street
Miami, Florida 33194

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov